RECEIVED
JAN 23 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| LOUISIANA DIVISION, SONS OF CONFEDERATE VETERANS | CIVIL ACTION 1:16-cv-01142 |
| VERSUS | JUDGE DRELL |
| CITY OF NATCHITOCHES, et al. | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Defendants' Motion for Summary Judgment (Doc. 68) is DENIED AS PREMATURE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 22ND day of January, 2018.

JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT